IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 18-cv-01674-GPG

RYAN GALLAGHER, Rev. "Sasha,"

    Plaintiff,

v.

DEA,
JAMES ARNOLD,
SUSAN A GIBSON,
DREW, DEA Agent in Centennial Office,

    Defendants.

## JUDGMENT

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on August 22, 2018, it is hereby

    ORDERED that Judgment is entered in favor of Defendants and against Plaintiff.

    DATED at Denver, Colorado, this 22 day of August, 2018.

                      FOR THE COURT,

                      JEFFREY P. COLWELL, Clerk

                      By: s/ A. Garcia Garcia
                      Deputy Clerk